IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TERESITA DE JESUS ABREU,

Petitioner,

v.

RIVERLAND ELEMENTARY
SCHOOL and BROWARD
SCHOOL BOARD,

Respondents.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-3882

Opinion filed November 9, 2017.

Petition for Writ of – Original Jurisdiction.

Michael Goldstein of Jose M. Francisco, P.A., Miami, for Petitioner.

Raymond L. Grant of Kelley Kronenberg, Fort Lauderdale, for Respondents.

PER CURIAM.

The Petition for Writ of Prohibition is DISMISSED.

LEWIS, BILBREY, and M.K. THOMAS, JJ., CONCUR.